1  DAVID W. BROWN, No. 99389
   Attorney at Law
2  665 Munras Ave., Suite 210
   Monterey, CA 93940
3  Tel: (408)649-8211
   Fax: (408)649-2376
4  Attorney for Defendant FRANK PIRES

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9
   AMBER LESLIE,                        )    Case No. C-08-00179-JW(RS)
10                                      )
                        Plaintiff,      )    DEFENDANT FRANK PIRES'
11                                      )    REQUEST FOR JUDICIAL
   vs.                                  )    NOTICE IN SUPPORT OF
12                                      )    MOTION TO DISMISS UNDER
   CITY OF SAND CITY, Et. al.,          )    F.R.C.P. RULE 12(b)(1)
13                                      )
                        Defendants      )
14                                      )    Hearing Date: May 5, 2008
                                        )    Time: 9:00 AM
15

16      TO PLAINTIFF AMBER LESLIE, IN PRO PER, AND TO THE ABOVE-ENTITLED
        COURT:
17
        In support of his motion to dismiss the within action, Defendant FRANK PIRES
18
   requests the Court to take judicial notice of the following documents filed in the Superior
19
   Court of California, County of Monterey, in the case of Amber Leslie v. City of San City, Et
20
   al., Case No, M-82001:
21
        1. Complaint – attached hereto as Exhibit A;
22
        2. First Amended Compaint – attached hereto as Exhibit B;
23
        3. Answer of Defendant CITY OF SAND CITY to First Amended Complaint --
24
   attached hereto as Exhibit C;
25
        4. Answer of Defendant MARINA BEACH TOW (FRANK PIRES) to First Amended
26
   Complaint – attached hereto as Exhibit D;
27

28                                      -i-

1        5. Notice of Trial – attached hereto as Exhibit E.

2  DATED: March 27, 2009

3

                                       DAVID W. BROWN
4                                       Attorney for Defendant
5                                       FRANK PIRES

-ii-

# EXHIBIT A

982.1(1)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

AMBER LESLIE                                    831 772 9988
1592 Mesquite Drive, No. 207
Salinas, CA 93905

TELEPHONE NO. 831 772 9988       FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): Amber Leslie in Pro Per

**FILED**

DEC 0 6 2006

LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
APRILL CAMPBELL   DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Monterey
STREET ADDRESS: 1200 Aguajito
MAILING ADDRESS: same
CITY AND ZIP CODE: Monterey, CA 93940
BRANCH NAME: Monterey

PLAINTIFF: AMBER LESLIE

DEFENDANT: CITY OF SAND CITY, MARINA BEACH TOW and
DOES 1 through 50 inclusive

[x] DOES 1 TO 50 inclusive

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):
Type (check all that apply):
[X] MOTOR VEHICLE  [X] OTHER (specify):
  [x] Property Damage     [ ] Wrongful Death
  [x] Personal Injury     [x] Other Damages (specify): econimic damage

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded  [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
      [ ] from limited to unlimited
      [ ] from unlimited to limited

CASE NUMBER:

1. **Plaintiff** (name or names):  AMBER LESLIE

alleges causes of action against **defendant** (name or names): CITY OF SAND CITY: MARINA BEACH TOW and DOES 1 through 50 inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: 7
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. January 1, 2006]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

982.1(1)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| LESLIE vs. CITY OF SAND CITY, MARINA BEACH TOW,etc., et al | |

4. [X] Plaintiff *(name):* AMBER LESLIE, an individual
is doing business under the fictitious name *(specify):*  N/A

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
 a. [X] **except** defendant *(name):* City of Sand City
  (1) [ ] a business organization, form unknown
  (2) [ ] a corporation
  (3) [ ] an unincorporated entity *(describe):*

  (4) [x] a public entity *(describe):* incorporated city

  (5) [ ] other *(specify):*

 c. [X] **except** defendant *(name):* Marina Beach Tow
  (1) [x] a business organization, form unknown
  (2) [ ] a corporation
  (3) [ ] an unincorporated entity *(describe):*

  (4) [ ] a public entity *(describe):*

  (5) [ ] other *(specify):*

 b. [ ] **except** defendant *(name):*
  (1) [ ] a business organization, form unknown
  (2) [ ] a corporation
  (3) [ ] an unincorporated entity *(describe):*

  (4) [ ] a public entity *(describe):*

  (5) [ ] other *(specify):*

 d. [ ] **except** defendant *(name):*
  (1) [ ] a business organization, form unknown
  (2) [ ] a corporation
  (3) [ ] an unincorporated entity *(describe):*

  (4) [ ] a public entity *(describe):*

  (5) [ ] other *(specify):*

 [X] Information about additional defendants who are not natural persons is contained in Attachment 5. unknown at present

6. The true names of defendants sued as Does are unknown to plaintiff.
 a. [X] Doe defendants *(specify Doe numbers):* 1 through 50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
 b. [X] Doe defendants *(specify Doe numbers):* N/A are persons whose capacities are unknown to plaintiff.

7. [X] Defendants who are joined under Code of Civil Procedure section 382 are *(names):* unknown at present

8. This court is the proper court because
 a. [ ] at least one defendant now resides in its jurisdictional area.
 b. [X] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
 c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
 d. [ ] other *(specify):*

9. [X] Plaintiff is required to comply with a claims statute, **and**
 a. [X] has complied with applicable claims statutes, **or**
 b. [ ] is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| LESLIE vs. CITY OF SAND CITY: MARINA BEACH TOW, etc., et al | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. [X] Motor Vehicle
   b. [X] General Negligence
   c. [X] Intentional Tort
   d. [ ] Products Liability
   e. [X] Premises Liability
   f. [ ] Other *(specify):*

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [ ] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [X] other damage *(specify):*    According to proof

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [X] punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date:    December 4, 2006

AMBER LESLIE
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. January 1, 2006]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

| SHORT TITLE:                                             | CASE NUMBER: |
|---------------------------------------------------------|--------------|
| LESLIE vs. CITY OF SAND CITY: MARINA BEACH TOW, etc., et al. |              |

_____1st_____         **CAUSE OF ACTION—General Negligence**         Page ___4___
(number)

ATTACHMENT TO [X] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:    AMBER LESLIE

alleges that defendant *(name)*:    CITY OF SAND CITY; MARINA BEACH TOW

[X] Does _1 through 50, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: or about January 13, 2006
at *(place)*: Sand City, California

*(description of reasons for liability)*: unlawfully towed Plaintiff Amber Leslie's truck

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)

**CAUSE OF ACTION—General Negligence**

American LegalNet, Inc.
www.USCourtForms.com

CCP 425.12

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| LESLIE vs. CITY OF SAND CITY; MARINA BEACH TOW, etc., et al | |

**2nd**
_____
(number)          **CAUSE OF ACTION—Intentional Tort**          Page ____5____

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1 .  Plaintiff *(name)*:  AMBER LESLIE

alleges that defendant *(name)*:  CITY OF SAND CITY and MARINA BEACH TOW

[X] Does ____1____ to ____50____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
intentionally caused the damage to plaintiff
on *(date)*:  or about January 13, 2006
at *(place)*:  Sand City, CA

*(description of reasons for liability)*:  unlawfully towed Plaintiff Amber Leslie's truck

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)          **CAUSE OF ACTION—Intentional Tort**

American LegalNet, Inc.
www.USCourtForms.com
CCP 425.12

| SHORT TITLE:<br>LESLIE vs. CITY OF SAND CITY; MARINA BEACH TOW, etc., et al. | CASE NUMBER: |
|---|---|

___3rd___
(number)

**CAUSE OF ACTION—Fraud**

Page ___6___

ATTACHMENT TO  [x] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR-1.   Plaintiff *(name):*   AMBER LESLIE

    alleges that defendant *(name):* CITY OF SAND CITY; MARINA BEACH TOW

    on or about *(date):* January 13, 2006      defrauded plaintiff as follows:

FR-2.  [x]  **Intentional or Negligent Misrepresentation**
    a. Defendant made representations of material fact    [ ] as stated in Attachment FR-2.a   [x] as follows:
Represented Plaintiff Amber Leslie's vehicle to be in violation of State of California
motor vehicle laws

    b. These representations were in fact false. The truth was    [ ] as stated in Attachment FR-2.b   [x] as follows:
Plaintiff Amber Leslie was in compliance with State of California motor vehicle law

    c. When defendant made the representations,
         [ ] defendant knew they were false, **or**
         [x] defendant had no reasonable ground for believing the representations were true.

    d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described
        in item FR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed they
        were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3.  [x]  **Concealment**
    a. Defendant concealed or suppressed material facts    [ ] as stated in Attachment FR-3.a   [x] as follows:
Defendants having access to State of California vehicle records fraudulently stated
that Plaintiff Amber Leslie was in violation of State of California vehicle law
    b. Defendant concealed or suppressed material facts
         [x] defendant was bound to disclose.
         [ ] by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed
        or suppressed facts.

    c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act
        as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed
        facts and would not have taken the action if plaintiff had known the facts.

(Continued)

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(23)

**CAUSE OF ACTION—Fraud**

American LegalNet, Inc.
www.USCourtForms.com
CCP 425.12

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| LESLIE vs. CITY OF SAND CITY; MARINA BEACH TOW, etc., et al. | |

3rd _____ **CAUSE OF ACTION—Fraud (Continued)**     Page ___7___

   (number)

**FR-4.** ☐ **Promise Without Intent to Perform**

a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated in Attachment FR-4.a ☐ as follows:

b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

**FR-5.** In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5 ☐ as follows:

**FR-6.** Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in Attachment FR-6 ☐ as follows:

**FR-7.** Other: Defendants' actions damaged Plaintiff by depriving plaintiff of a source of income as well as material well-being

[982.1(23)]

# EXHIBIT B

982.1(1)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

— AMBER LESLIE                          831 772 9988
1592 Mesquite Drive, No. 207
Salinas, CA 93905

TELEPHONE NO. 831 772 9988    FAX NO. *(Optional)*
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Amber Leslie in Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Monterey
STREET ADDRESS: 1200 Aguajito
MAILING ADDRESS: same
CITY AND ZIP CODE: Monterey, CA 93940
BRANCH NAME: Monterey

PLAINTIFF: AMBER LESLIE

DEFENDANT: CITY OF SAND CITY, MARINA BEACH TOW and
DOES 1 through 50 inclusive

[X] DOES 1 TO 50 inclusive

**FILED**

JUN 27 2007

LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
DEPUTY
MARY C. GILBERT

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[X] AMENDED *(Number)*: 1
Type *(check all that apply)*:
[X] MOTOR VEHICLE    [X] OTHER *(specify)*: Conversion
  [X] Property Damage    [ ] Wrongful Death
  [X] Personal Injury    [X] Other Damages *(specify)*: Non-Economic & econimic damage

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded    [ ] does not exceed $10,000
    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:

M 8 2 0 0 1

1. Plaintiff *(name or names)*:    AMBER LESLIE

alleges causes of action against defendant *(name or names)*: CITY OF SAND CITY: MARINA BEACH TOW and DOES
1 through 50 inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: 7

3. Each plaintiff named above is a competent adult
  a. [ ] except plaintiff *(name)*:
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe)*:
    (3) [ ] a public entity *(describe)*:
    (4) [ ] a minor    [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify)*:
    (5) [ ] other *(specify)*:
  b. [ ] except plaintiff *(name)*:
    (1) [ ] a corporation qualified to do business in California
    (2) [ ] an unincorporated entity *(describe)*:
    (3) [ ] a public entity *(describe)*:
    (4) [ ] a minor    [ ] an adult
      (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) [ ] other *(specify)*:
    (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. January 1, 2008]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

SHORT TITLE:

LESLIE vs. CITY OF SAND CITY, MARINA BEACH TOW,etc., et al

982.1(1)

CASE NUMBER: M 82001

4. [X] Plaintiff (name): AMBER LESLIE, an individual

is doing business under the fictitious name (specify): N/A

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] except defendant (name): City of Sand City
  (1) [ ] a business organization, form unknown
  (2) [ ] a corporation
  (3) [ ] an unincorporated entity (describe):

  (4) [X] a public entity (describe): incorporated city

  (5) [X] other (specify): Conversion

c. [X] except defendant (name): Marina Beach Tow
  (1) [X] a business organization, form unknown
  (2) [ ] a corporation
  (3) [ ] an unincorporated entity (describe):

  (4) [ ] a public entity (describe):

  (5) [ ] other (specify):

b. [ ] except defendant (name):
  (1) [ ] a business organization, form unknown
  (2) [ ] a corporation
  (3) [ ] an unincorporated entity (describe):

  (4) [ ] a public entity (describe):

  (5) [ ] other (specify):

d. [ ] except defendant (name):
  (1) [ ] a business organization, form unknown
  (2) [ ] a corporation
  (3) [ ] an unincorporated entity (describe):

  (4) [ ] a public entity (describe):

  (5) [ ] other (specify):

[X] Information about additional defendants who are not natural persons is contained in Attachment 5. unknown at present

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. [X] Doe defendants (specify Doe numbers): 1 through 50 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. [X] Doe defendants (specify Doe numbers): N/A _____ are persons whose capacities are unknown to plaintiff.

7. [X] Defendants who are joined under Code of Civil Procedure section 382 are (names): unknown at present

8. This court is the proper court because
  a. [ ] at least one defendant now resides in its jurisdictional area.
  b. [X] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
  d. [ ] other (specify):

9. [X] Plaintiff is required to comply with a claims statute, and
  a. [X] has complied with applicable claims statutes, or
  b. [ ] is excused from complying because (specify):

---

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 2 of 3

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| LESLIE vs. CITY OF SAND CITY: MARINA BEACH TOW, etc., et al | M 82001 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
 a. [X] Motor Vehicle
 b. [X] General Negligence
 c. [X] Intentional Tort
 d. [ ] Products Liability
 e. [X] Premises Liability
 f. [X] Other *(specify):* Conversion

11. Plaintiff has suffered
 a. [X] wage loss
 b. [X] loss of use of property
 c. [ ] hospital and medical expenses
 d. [X] general damage
 e. [X] property damage
 f. [X] loss of earning capacity
 g. [X] other damage *(specify):*     According to proof

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
 a. [ ] listed in Attachment 12.
 b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
 a. (1) [X] compensatory damages
    (2) [ ] punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
    (1) [X] according to proof
    (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date:                     6 - 27 - 07

AMBER LESLIE
_____
(TYPE OR PRINT NAME)                                   _____
                                                       (SIGNATURE OF PLAINTIFF OR ATTORNEY)

82.1(1) [Rev. January 1, 2006]          **COMPLAINT—Personal Injury, Property**          Page 3 of 3
                                        **Damage, Wrongful Death**

SHORT TITLE:
LESLIE vs. CITY OF SAND CITY: MARINA BEACH TOW, etc., et al.

CASE NUMBER:
M 82001

1st
(number)

**CAUSE OF ACTION—General Negligence**

Page _____ 4

ATTACHMENT TO [X] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:    AMBER LESLIE

      alleges that defendant *(name)*:   CITY OF SAND CITY; MARINA BEACH TOW

      [X] Does  1 through 50, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*: or about January 13, 2006
at *(place)*: Sand City, California

*(description of reasons for liability)*: unlawfully towed Plaintiff Amber Leslie's truck

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)

**CAUSE OF ACTION—General Negligence**

American LegalNet, Inc.
www.USCourtForms.com

CCP 425.12

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| LESLIE vs. CITY OF SAND CITY; MARINA BEACH TOW, etc., et al | |

_2nd_
(number)

**CAUSE OF ACTION—Intentional Tort –**
*Conversion*

Page ___5___

ATTACHMENT TO  [X] Complaint    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1 . Plaintiff *(name):*  AMBER LESLIE

alleges that defendant *(name):*  CITY OF SAND CITY and MARINA BEACH TOW

[X] Does ___1___ to ___50___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date):*  or about January 13, 2006
at *(place):*  Sand City, CA

*(description of reasons for liability):*  unlawfully towed Plaintiff Amber Leslie's truck

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(4)

**CAUSE OF ACTION—Intentional Tort**

American LegalNet, Inc.
www.USCourtForms.com

CCP 425.12

# EXHIBIT C

1    Vincent P. Hurley, State Bar No. 111215
     Douglas F. Young, State Bar No. 84531
2    LAW OFFICES OF VINCENT P. HURLEY
     A Professional Corporation
3    38 Seascape Village
     Aptos, California 95003
4    Telephone: (831) 661-4800
     Facsimile: (831) 661-4804
5
     Attorneys for Defendants
6    SAND CITY

**FILED**

JUL 0 9 2007

LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
_____ DEPUTY

MARY C. GILBERT

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                              COUNTY OF MONTEREY

10   _____
                                     )
11   AMBER LESLIE,                   )    Case No. M82001
                                     )
12                    Plaintiff,     )    **ANSWER TO AMENDED**
                                     )    **COMPLAINT BY DEFENDANT**
13        vs.                        )    **SAND CITY**
                                     )
14   CITY OF SAND CITY, MARINA       )
     BEACH TOW, and DOES 1 through 50, )
15   inclusive,                      )
                                     )
16                    Defendants.    )
     _____)

17

18

19

20        COMES NOW DEFENDANT SAND CITY AND ANSWERS THE AMENDED

21   COMPLAINT OF THE PLAINTIFF ON FILE HEREIN AS FOLLOWS:

22        1.    Defendant denies generally and singularly, specifically and individually, each and

23   every allegation in Plaintiff's complaint as it pertains to this answering Defendant. Defendant

24   alleges that because Plaintiff has drafted her complaint in conclusory terms, this answering

25   Defendant cannot fully anticipate all affirmative defenses that maybe applicable to the within

26   action. Accordingly, Defendant hereby reserves the right to amend this complaint as necessary

27   in the future to add additional affirmative defenses if and to the extent such affirmative defenses

28   are applicable to the within action.

                                      1

Answer to Amended Complaint                              Case No. M82001

1 | FIRST AFFIRMATIVE DEFENSE

2 | Plaintiff has failed to state a cause of action upon which relief may be granted.

3 | SECOND AFFIRMATIVE DEFENSE

4 | Plaintiff was careless and negligent in and about the matters alleged in the complaint;

5 | said carelessness and negligence on Plaintiff's part caused, or proximately contributed to the

6 | happening of the incident, and to the injuries, loss and damages complained of, if any.

7 | THIRD AFFIRMATIVE DEFENSE

8 | Defendant is immune from liability based on Government Code sections 815.

9 | FOURTH AFFIRMATIVE DEFENSE

10 | Defendant is immune from liability based on Government Code section 815.2.

11 | FIFTH AFFIRMATIVE DEFENSE

12 | Defendant is immune from liability based on California Vehicle Code section 22852.

13 | SIXTH AFFIRMATIVE DEFENSE

14 | The injuries set forth in Plaintiff's Complaint, if any, were wholly or partly caused by the

15 | negligence or misconduct of other persons, firms, corporations, or entities other than this

16 | answering Defendant, and said negligence or misconduct comparatively reduces the percentage

17 | of negligence, and liability, if any, by Defendant.

18 | SEVENTH AFFIRMATIVE DEFENSE

19 | Under California Civil Code section 1431.2, Defendant is liable only for those amounts

20 | of non- economic damages directly proportional to the conclusions of the finder of fact as to the

21 | culpability, if any, of the defendant in this matter.

22 | EIGHTH AFFIRMATIVE DEFENSE

23 | The action of Plaintiff is barred by the Statute of Limitations as set forth in Government

24 | Code § 900 *et seq.*

25 | NINTH AFFIRMATIVE DEFENSE

26 | Defendant alleges that Plaintiff has failed comply with the California Tort Claims Act.

27 | TENTH AFFIRMATIVE DEFENSE

28 | Plaintiff has failed to mitigate her damages.

2

1    WHEREFORE, this answering Defendant prays for relief as follows:

2    1.    That Plaintiff take nothing by reason of her Complaint;

3    2.    For attorneys' fees and costs of suit incurred herein, and

4    3.    For such other and further relief as the Court may deem just and proper.

5

6    Dated: July _3_, 2007

7                                          LAW OFFICES OF VINCENT P. HURLEY
                                           A Professional Corporation
8

9

10   By: _____
                  DOUGLAS F. YOUNG
11                Attorneys for Defendant CITY OF HOLLISTER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case: Leslie v. City of Sand City
Case No: M82001

1

2    ## PROOF OF SERVICE

3        I, Gina Forese, declare as follows:  I am employed in the County of Santa Cruz, State of

California.  I am over the age of eighteen years and not a party to the within action.  My business

4    address is 38 Seascape Village, Aptos, California 95003.

5        On July 3, 2007, I served the following documents:

6    **ANSWER TO AMENDED COMPLAINT BY DEFENDANT SAND CITY**

7    on the interested parties to said action by the following means:

8    <u>**X   (BY MAIL)**</u>  By placing a true copy of the above-referenced document(s) enclosed in
a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos,

9    California, addressed as shown below.

10       <u>**(BY HAND-DELIVERY)**</u>  By delivering a true copy thereof, enclosed in a sealed
envelope, to the address(es) shown below.

11

12       <u>**(BY OVERNIGHT DELIVERY)**</u>  By placing a true copy thereof, enclosed in a
sealed envelope, with delivery charges to be billed to the Law Offices of Vincent P.
Hurley, to be delivered by Federal Express, to the address(es) shown below.

13

14       <u>**(BY FACSIMILE TRANSMISSION)**</u>  By transmitting a true copy thereof by
facsimile transmission from facsimile number (831) 661-4804 to the interested parties to

15   said action at the facsimile number(s) shown below.

16       I declare under penalty of perjury under the laws of the State of California that the

17   foregoing is true and correct.

18       Executed on July 3, 2007, at Aptos, California.

19   _Gina Forese_

20

21   NAMES(S) AND ADDRESS OR FAX NUMBER(S) OF EACH PARTY SERVED:

22   Amber Leslie                                    *In Propria Persona*
1592 Mesquite Drive, #207

23   Salinas, CA 93905
Tel:  (831) 772-9988

24

25

26

27

28

# EXHIBIT D

PLD-PI-003

ATTORNEY OR PARTY WITHOUT AT... NEY *(NAME AND ADDRESS):*     TELEPHONE I...
**DAVID W. BROWN**                                          **(831) 649-8211**
**99389**                                                   **(831) 649-2376**
**Attorney at Law**
**665 Munras Avenue, Suite 210**
**Monterey, CA 93940**
ATTORNEY FOR *(NAME):* **FRANK PIRES , sued as MARINA BEACH TOW**

Insert name of court, judicial district or branch court, if any, and post office and street address:
**SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY**
**MONTEREY BRANCH**

**1200 Aguajito Road**
**Monterey, CA  93940**

PLAINTIFF:
**AMBER LESLIE**

DEFENDANT:
**CITY OF SAND CITY**

FOR COURT USE ONLY

# FILED

**MAR 27 2008**

CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
~~C. WILLIAMS~~ DEPUTY

---

**ANSWER**-Personal Injury, Property Damage, Wrongful Death
[X] COMPLAINT OF (name):   Amber Leslie (to First Amended Complaint)
[ ] CROSS-COMPLAINT OF *(name):*

CASE NUMBER:
**M-82001**

1. This pleading, including attachments and exhibits, consists of the following number of pages:   **4**

DEFENDANT OR CROSS-DEFENDANT (name):
**FRANK PIRES, sued herein as MARINA BEACH TOW**

2. [X] Generally **denies** each allegation of the  **unverified** complaint or cross-complaint.

3.  a. [ ] DENIES each allegation of the following numbered paragraphs:


    b. [ ] ADMITS each allegation of the following numbered paragraphs:


    c. [ ] DENIES, ON INFORMATION AND BELIEF, each allegation of the following numbered paragraphs:


    d. [ ] DENIES, BECAUSE OF LACK OF SUFFICIENT INFORMATION OR BELIEF TO ANSWER, each allegation
       of the following numbered paragraphs:


    e. [ ] ADMITS the following allegations and generally denies all other allegations:


Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-PI-003 [Rev. January 1, 2007]
*Martin Dean's*
ESSENTIAL FORMS™

**ANSWER - Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure § 4.6.1
www.courtinfo.ca.gov

**PIRES, FRANK**

PLD-PI-003

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| **LESLIE V. CITY OF SAND CITY** | M-82001 |

**ANSWER**-Personal Injury, Property Damage, Wrongful Death

    f. ☐ DENIES the following allegations and admits all other allegations:

    g. ☐ Other *(specify):*

**AFFIRMATIVELY ALLEGES AS A DEFENSE**

4. ☒ The comparative fault of plaintiff or cross-complainant  *(name)* :**Amber Leslie**
    as follows:
    **FIRST AFFIRMATIVE DEFENSE**

    **Plaintiff failed to have her vehicle display evidence of current vehicle registration, so as to allow her vehicle to be towed at the request of defendant City of Sand City, pursuant to Vehicle Code section 22651(o) or other appropriate section of the Vehicle Code. Her vehicle displayed tags that had expired in January 2004, and the towing occurred in January 2006, so that it appeared the vehicle had been unregistered for two years prior to having been towed.**

5. ☐ The expiration of the Statute of Limitations as follows:

6. ☒ Other *(specify):*
    **See Attachment 6 for additional affirmative defenses.**

7. DEFENDANT OR CROSS-DEFENDANT PRAYS
    For costs of suit and that plaintiff or cross-complainant take nothing.
    ☒ Other *(specify):*
    **That plaintiff be assessed an amount equal to attorney's fees incurred by plaintiff, pursuant to Civil Code section 3068(d) and/or Code of Civil Procedure section 128.5 and/or 128.6.**

**DAVID W. BROWN**
      (Type or print name)                                (Signature of party or attorney)

Martin Dean's
ESSENTIAL FORMS™

PIRES, FRANK

**LESLIE V. CITY OF SAND CITY**                    **CASE NO. M-82001**

Attachment 6 to Answer, of Defendant FRANK PIRES, To First Amendment Complaint of AMBER LESLIE.

This Defendant's Second through Ninth affirmative defenses are as follows:

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to state a cause of action upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE

This defendant is immune from liability as the agent of defendant City of Sand City, insofar as he acted in the course of legal authorization by the City of Sand City, to tow plaintiff's vehicle pursuant to Vehicle Code section 22651 (o). Such immnunity is pursuant to Vehicle Code Section 22852 and/or other appropriate section of the Vehicle Code, and Government Code sections 815 and 815.2.

### FOURTH AFFIRMATIVE DEFENSE

The injuries set forth in Plaintiff's Complaint, if any, were wholly or partly caused by the negligence or misconduct of other persons, firms, corporations, or entities other than this answering Defendant, and said negligence or misconduct comparatively reduces the percentage of negligence, and liability, if any, by Defendant.

### FIFTH AFFIRMATIVE DEFENSE

Under California Civil Code section 1431.2, Defendant is liable only for those amounts of non-economic damages directly proportional to the conclusions of the finder of fact as to the culpability, if any, of the defendant in this matter.

### SIXTH AFFIRMATIVE DEFENSE

The action of Plaintiff is barred by the Statute of Limitations as set forth in Government Code Sections 900 et. seq.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff has failed to comply with the California Tort Claims Act.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate her damages.

### NINTH AFFIRMATIVE DEFENSE

There is another action pending between the same parties on the same causes of action, in Leslie V. City Of Sand City, Et.al., Case No. C-08-00179-JW in the United States District Court for the Northern District of California, filed on January 10, 2008.

## DECLARATION OF SERVICE BY MAIL

My business address is 665 Munras Avenue, Suite 210, Monterey, California. I am and

was at the time herein mentioned mailing took place, a citizen of the United States,

employed in the County where said mailing occurred, over the age of eighteen years

and not a party to the within cause. On March 27, 2008, I served the within ANSWER

TO FIRST AMENDED COMPLAINT by mailing a copy thereof to:

AMBER LESLIE
1592 MESQUITE DRIVE, UNIT 207
SALINAS, CA 93905

DOUGLAS YOUNG
LAW OFFICES OF VINCENT P. HURLEY
38 SEASCAPE VILLAGE
APTOS, CA 95003


Executed on March 27, 2008 at Monterey, California. I declare under penalty of perjury

under the laws of the state of California that the foregoing is true and correct.


                                          _____

                                          JENNIFER BRUCE

# EXHIBIT E

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY<br><br>1200 Aguajito Road<br>Monterey, California 93940 | Reserved for Clerk's File Stamp<br><br>**FILED**<br><br>DEC 1 4 2007 |
|---|---|
| **Leslie, Amber vs. City of Sand City et al** | CONNIE MAZZEI<br>CLERK OF THE SUPERIOR COURT<br>CHRISTIE SITTER, DEPUTY |
| **NOTICE RE TRIAL AND SETTLEMENT CONFERENCE** | Case No. **M82001** |

Settlement Conference is set in Monterey on **May 2, 2008 at 1:30 pm in Courtroom 14**

**Jury Trial: Long Cause Set For May 12, 2008 at 8:30 am, Est. Trial Length Three Days**

Case Type: **Auto Tort (22)**

\*    1200 Aguajito Road, Monterey, California 93940, 2nd Floor

Pursuant to Monterey County Superior Courts' case and trial management policy and rules for civil cases, this case has been designated by the Court as a **CATEGORY 2 CASE**. Refer to Local Rules or visit http://www.monterey.courts.ca.gov/.

> A jury fee deposit of $150 is due no later than 25 days prior to trial. Pursuant to California Rules of Court 2.956(c), 2.958 and Government Code section 68086, court reporting services will not be provided for trials lasting more than 2 days. Parties must coordinate to secure the services of a court reporter for trial.

## CERTIFICATE OF MAILING

(Code of Civil Procedure Section 1013a)

I do hereby certify that I am not a party to the within stated cause, and that I deposited true and correct copies of the **NOTICE RE: TRIAL AND SETTLEMENT CONFERENCE**, in sealed envelopes, with postage thereon fully prepaid, in the mail at Salinas, California, directed to each of the following named persons at their respective addresses, as hereinafter set forth:

Amber Leslie
1592 Mesquite Dr 207
Salinas, CA 93905

Douglas Young
38 Seascape Village
Aptos, CA 95003

David Brown
40 Bonifacio Pl
Monterey, CA 93940

**May 2, 2008, SETTLEMENT CONFERENCE**

Date:    DEC 1 4 2007

Connie Mazzei, Clerk of the Court
CHRISTIE SITTERLY

By:_____
        Deputy Clerk

**May 2, 2008, SETTLEMENT CONFERENCE**

<u>**CERTIFICATE OF SERVICE BY MAIL**</u>

I, David W. Brown, declare:

I am over the age of 18 years and not a party to the within action. On March 27, 2008, I served the within **DEFENDANT FRANK PIRES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS UNDER F.R.C./P. RULE 12(b)(6)**, by placing true copies thereof in separate, sealed envelopes, with the postage thereon fully prepaid, in the United States Postal Service mailbox at Monterey, California, the said envelopes being addressed as follows:

Amber Leslie
1592 Mesquite Drive, No. 207
Salinas CA 93905                    (Plaintiff in Pro Per)

Douglas Young
Law Offices of Vincent Hurley
38 Seascape Village
Aptos, CA 95003                    (Attorneys for Defendant CITY OF SAND
                                   CITY, in related state-court proceeding –
                                   Courtesy Copy)


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 27, 2008


_____
**DAVID W. BROWN**

-7-