DAVID W. BROWN, No. 99389
Attorney at Law
665 Munras Ave., Suite 210
Monterey, CA 93940
Tel: (408)649-8211
Fax: (408)649-2376
Attorney for Defendant FRANK PIRES

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER LESLIE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SAND CITY, Et. al.,<br><br>　　　　Defendants | Case No. C-08-00179-JW(RS)<br><br>NOTICE OF PENDENCY OF<br>OTHER ACTION OR PROCEEDING<br><br>(Civil L.R. 3-13) |

TO THE CLERK OF THE COURT AND TO PLAINTIFF AMBER LESLIE, IN PRO PER, AND TO DEFENDANT CITY OF SAND CITY AND ITS ATTORNEY:

PLEASE TAKE NOTICE that the within-entitled action involves all or part of the same subject matter and all of the same parties as another action which is pending in the Superior Court of California for the County of Monterey. Pursuant to Civil Local Rule 3-13, Defendant FRANK PIRES asserts as follows:

1. The said other action is a civil suit for money damages by AMBER LESLIE, the plaintiff in the within action, against CITY OF SAND CITY, a municipal corporation, and MARINA BEACH TOW, doing business as FRANK PIRES, both such parties being defendants in the within action. The facts alleged in that action are the same as in this action, in that plaintiff alleges that on or about January 13, 2006, defendants unlawfully caused her vehicle, a truck, to be towed away. Defendant PIRES, in that action, has filed a cross-

complaint against LESLIE for recovery of a deficiency following a statutory lien sale of the said vehicle.

2. The title of the action is *Amber Leslie v. City of Sand City, Et al.*, Case No. M-82001, in the Superior Court of California for the County of Monterey, Monterey Division, located at 1200 Aguajito Road, Monterey, California 93940. The Complaint in that action was filed on December 6, 2006, and is set for trial on May 12, 2008.

3. The relationship of the said other action to the within action is that it is a suit based on the same facts alleged in the within action, against the same parties, under legal theories of negligence and conversion, whereas, in the within action, Plaintiff's legal theory of recovery is that defendants violated her civil rights, and she thus seeks recovery under 42 U.S.C. Section 1983. This defendant believes that this Court should either (1) dismiss the within action pursuant to the *Younger* and *Colorado River* abstention doctrines, or, in the alternative, (2) coordinate the proceedings, initially enjoining Plaintiff from proceeding to trial in state court in the said action.

DATED: March 27, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DAVID W. BROWN
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant FRANK PIRES

## CERTIFICATE OF SERVICE BY MAIL

I, David W. Brown, declare:

I am over the age of 18 years and not a party to the within action. On March 27, 2008, I served the within NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING, by placing true copies thereof in separate, sealed envelopes, with the postage thereon fully prepaid, in the United States Postal Service mailbox at Monterey, California, the said envelopes being addressed as follows:

Amber Leslie
1592 Mesquite Drive, No. 207
Salinas CA 93905                (Plaintiff in Pro Per)

Douglas Young
Law Offices of Vincent Hurley
38 Seascape Village
Aptos, CA 95003                 (Attorneys for Defendant CITY OF SAND
                                CITY, in related state-court proceeding –
                                Courtesy Copy)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 27, 2008


                                            _____
                                            DAVID W. BROWN

-1-