# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

ENTERED 3/11/08

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| AMBER LESLIE | C08-179 JW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITY OF SAND CITY ET.AL. | SEE BELOW |

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FRANK PIRES, MARINA BEACH TOW

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3016 DEL MONTE BOULEVARD, MARNIA, CALIF., 93933

FILED
2008 MAR 28 A 10:11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AMBER LESLIE
1592 MESQUITE DRIVE, NO. 207
SALINAS, CALIF., 93905

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1. COMPLAINT
2. SUMMONS
3. ORDER SETTING STATUS CONFERENCE

Signature of Attorney or other Originator requesting service on behalf of:
C. VARGAS
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 535-5386
DATE: 2/27/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 3 | No. 11 | No. 11 | | 3/11/08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 3/18/08 | 2:05 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | $45 | | $45.00 | |

EXECUTED

REMARKS:
03/18/08 Served Subject

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

AMBER LESLIE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 08-00179 JW

V.

City of Sand City, et.al.

TO:

*Frank Pires*
*Marina Beach Tow*
*3016 Del Monte Boulevard*
*Marnia, California 93933*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Amber Leslie
1592 Mesquite Drive, No. 207
Salinas, CA 93905

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Cindy Vargas
(BY) DEPUTY CLERK

February 27, 2008
DATE

EXECUTED

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 3/18/08 |
| Name of SERVER (PRINT) Donald Harris JR | TITLE USMS |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: 3016 Del Monte Blvd, Marina, CA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $45.00 | $45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/18/08
             Date

Signature of Server
MARSHALS SERVICE
280 SOUTH FIRST STREET ROOM 2100
SAN JOSE, CA 95113

*Address of Server*

EXECUTED