Vincent P. Hurley #111215
Douglas F. Young #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendant
CITY OF SAND CITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMBER LESLIE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SAND CITY, A Municipal Corporation; FRANK PIRES dba MARINA BEACH TOW, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. C 08-00179 JW (RS)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS<br>[Fed. R. Civ. Proc. 12(b)(1)]<br><br>Date: June 9, 2008<br>Time: 9:00 a.m.<br>Courtroom 8, 4th Floor |

TO PLAINTIFF AMBER LESLIE, *IN FORMA PAUPERIS*, AND TO DEFENDANT FRANK PIRES dba MARINA BEACH TOW AND HIS ATTORNEY OF RECORD:

　　　TAKE NOTICE that on June 9, 2008 at 9:00 a.m. in Courtroom 8 of the Honorable James Ware, 280 S. First Street, San Jose, CA, Defendant CITY OF SAND CITY will and does hereby move the Court for an Order dismissing this action pursuant to Federal Rules of Civil Procedure Rule 12(b)(1), for lack of subject matter jurisdiction under the doctrine of federal abstention.

　　　Defendant's motion is based on this notice, memorandum of points of authorities, request for judicial notice and exhibits thereto, declaration of Douglas F. Young, and the records and

1  documents on file in this matter, and on such argument and evidence as may be presented at the
2  hearing.
3
4  Dated: April 4, 2008
5                                      LAW OFFICES OF VINCENT P. HURLEY
                                       A Professional Corporation
6
7
8                                  By:   /s/ Douglas F. Young
                                       DOUGLAS F. YOUNG
9                                 Attorneys for Defendant CITY OF SAND CITY
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Not. of Mot. & Mot. to Dismiss                                                                                   Case No. C 08-00179 JW (RS)