Vincent P. Hurley #111215
Douglas F. Young #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendant
CITY OF SAND CITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMBER LESLIE,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF SAND CITY, A Municipal Corporation; FRANK PIRES dba MARINA BEACH TOW, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. C 08-00179 JW (RS)<br><br>REQUEST FOR JUDICIAL NOTICE<br>[Fed. R. Evid. 210(b)]<br><br>Date: June 9, 2008<br>Time: 9:00 a.m.<br>Courtroom 8, 4th Floor |

Pursuant to Federal Rules of Evidence 201(b) and *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc,* 971 F.2d 244 (9th Cir., 1992), Defendant City of Sand City requests that this Court take judicial notice of the following records and documents from *Leslie v. City of Sand City, at el,* Monterey County Superior Court M82001:

1.     Amended Complaint, filed June 27, 2007, a copy of which is attached hereto as **Exhibit A.**

1     2.     Notice re: Trial and Settlement Conference, filed December 14, 2007, a copy of which is attached hereto as **Exhibit B**.

Dated: April 4, 2008

                                LAW OFFICES OF VINCENT P. HURLEY
                                A Professional Corporation

                                By:    /s/ Douglas F. Young
                                        DOUGLAS F. YOUNG
                                Attorneys for Defendant CITY OF SAND CITY

**EXHIBIT A**

982.1(1)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| AMBER LESLIE  831 772 9988<br>1592 Mesquite Drive, No. 207<br>Salinas, CA 93905<br><br>TELEPHONE NO: 831 772 9988    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Amber Leslie in Pro Per | **FILED**<br><br>JUN 27 2007<br><br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>MARY C. GILBERT DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Monterey
STREET ADDRESS: 1200 Aguajito
MAILING ADDRESS: same
CITY AND ZIP CODE: Monterey, CA 93940
BRANCH NAME: Monterey

PLAINTIFF: AMBER LESLIE

DEFENDANT: CITY OF SAND CITY, MARINA BEACH TOW and DOES 1 through 50 inclusive

[X] DOES 1 TO 50 inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[X] AMENDED (Number): 1

Type (check all that apply):
[X] MOTOR VEHICLE    [X] OTHER (specify): Conversion
[X] Property Damage    [ ] Wrongful Death
[X] Personal Injury    [X] Other Damages (specify): Non-Economic & economic damage

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded [ ] does not exceed $10,000
                    [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: M 82001

1. Plaintiff (name or names): AMBER LESLIE
alleges causes of action against defendant (name or names): CITY OF SAND CITY: MARINA BEACH TOW and DOES 1 through 50 inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: 7

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. January 1, 2006]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

| SHORT TITLE: | | 982.1(1) |
|---|---|---|
| LESLIE vs. CITY OF SAND CITY, MARINA BEACH TOW, etc., et al | CASE NUMBER: M 82001 | |

1. [X] Plaintiff (name): AMBER LESLIE, an individual
   is doing business under the fictitious name (specify): N/A

   and has complied with the fictitious business name laws.

2. Each defendant named above is a natural person
   a. [X] except defendant (name): City of Sand City
      - (1) [ ] a business organization, form unknown
      - (2) [ ] a corporation
      - (3) [ ] an unincorporated entity (describe):
      - (4) [X] a public entity (describe): incorporated city
      - (5) [X] other (specify): conversion

   c. [X] except defendant (name): Marina Beach Tow
      - (1) [X] a business organization, form unknown
      - (2) [ ] a corporation
      - (3) [ ] an unincorporated entity (describe):
      - (4) [ ] a public entity (describe):
      - (5) [ ] other (specify):

   b. [ ] except defendant (name):
      - (1) [ ] a business organization, form unknown
      - (2) [ ] a corporation
      - (3) [ ] an unincorporated entity (describe):
      - (4) [ ] a public entity (describe):
      - (5) [ ] other (specify):

   d. [ ] except defendant (name):
      - (1) [ ] a business organization, form unknown
      - (2) [ ] a corporation
      - (3) [ ] an unincorporated entity (describe):
      - (4) [ ] a public entity (describe):
      - (5) [ ] other (specify):

[X] Information about additional defendants who are not natural persons is contained in Attachment 5. unknown at present

The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants (specify Doe numbers): 1 through 50 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants (specify Doe numbers): N/A are persons whose capacities are unknown to plaintiff.

[X] Defendants who are joined under Code of Civil Procedure section 382 are (names): unknown at present

This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [X] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other (specify):

[X] Plaintiff is required to comply with a claims statute, and
   a. [X] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because (specify):

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| LESLIE vs. CITY OF SAND CITY: MARINA BEACH TOW, etc., et al | M 82001 |

0. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. [X] Motor Vehicle
   b. [X] General Negligence
   c. [X] Intentional Tort
   d. [ ] Products Liability
   e. [X] Premises Liability
   f. [X] Other *(specify)*: Conversion

1. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [ ] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [X] other damage *(specify)*: According to proof

2. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

3. The relief sought in this complaint is within the jurisdiction of this court.

4. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) [X] according to proof
      (2) [ ] in the amount of: $

5. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 6-27-07

AMBER LESLIE
(TYPE OR PRINT NAME)

/s/ Amber Leslie
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

(1) [Rev. January 1, 2005]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

SHORT TITLE: LESLIE vs. CITY OF SAND CITY: MARINA BEACH TOW, etc., et al.

CASE NUMBER: M 82001

__1st__ CAUSE OF ACTION—General Negligence   Page __4__
(number)

ATTACHMENT TO  [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* AMBER LESLIE

alleges that defendant *(name):* CITY OF SAND CITY; MARINA BEACH TOW

[X] Does __1 through 50, inclusive__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* or about January 13, 2006
at *(place):* Sand City, California

*(description of reasons for liability):* unlawfully towed Plaintiff Amber Leslie's truck

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)

CAUSE OF ACTION—General Negligence

American LegalNet, Inc.
www.USCourtForms.com
CCP 425.12

| SHORT TITLE: LESLIE vs. CITY OF SAND CITY; MARINA BEACH TOW, etc., et al | CASE NUMBER: |
|---|---|

_2nd_ (number)   **CAUSE OF ACTION—Intentional Tort —**   Page __5__

ATTACHMENT TO  ☒ Complaint   ☐ Cross-Complaint   _Conversion_

(Use a separate cause of action form for each cause of action.)

IT-1. Plaintiff (name): AMBER LESLIE

alleges that defendant (name): CITY OF SAND CITY and MARINA BEACH TOW

☒ Does __1__ to __50__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on (date): or about January 13, 2006
at (place): Sand City, CA

(description of reasons for liability): unlawfully towed Plaintiff Amber Leslie's truck

# EXHIBIT B



| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY | Reserved for Clerk's File Stamp |
|---|---|
| 1200 Aguajito Road<br>Monterey, California 93940 | **FILED**<br>DEC 14 2007<br>CONNIE MAZZEI<br>CLERK OF THE SUPERIOR COURT<br>CHRISTIE SITTERLY DEPUTY |
| Leslie, Amber vs. City of Sand City et al | |
| NOTICE RE TRIAL AND SETTLEMENT CONFERENCE | Case No. M82001 |

Settlement Conference is set in Monterey on **May 2, 2008 at 1:30 pm in Courtroom 14**

**Jury Trial: Long Cause Set For May 12, 2008 at 8:30 am**, Est. Trial Length Three Days

Case Type: **Auto Tort (22)**

\*    1200 Aguajito Road, Monterey, California 93940, 2nd Floor

Pursuant to Monterey County Superior Courts' case and trial management policy and rules for civil cases, this case has been designated by the Court as a **CATEGORY 2 CASE**. Refer to Local Rules or visit http://www.monterey.courts.ca.gov/.

> A jury fee deposit of $150 is due no later than 25 days prior to trial. Pursuant to California Rules of Court 2.956(c), 2.958 and Government Code section 68086, court reporting services will not be provided for trials lasting more than 2 days. Parties must coordinate to secure the services of a court reporter for trial.

### CERTIFICATE OF MAILING

(Code of Civil Procedure Section 1013a)

I do hereby certify that I am not a party to the within stated cause, and that I deposited true and correct copies of the **NOTICE RE: TRIAL AND SETTLEMENT CONFERENCE**, in sealed envelopes, with postage thereon fully prepaid, in the mail at Salinas, California, directed to each of the following named persons at their respective addresses, as hereinafter set forth:

Amber Leslie
1592 Mesquite Dr 207
Salinas, CA  93905

Douglas Young
38 Seascape Village
Aptos, CA  95003

David Brown
40 Bonifacio Pl
Monterey, CA  93940



RECEIVED

Law Office of
Vincent P. Hurley

Date:     DEC 1 4 2007          Connie Mazzei, Clerk of the Court

                                CHRISTIE SITTERLY

                                By:_____
                                      Deputy Clerk