1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  CITY OF SAND CITY

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11
                                            )   Case No. C 08-00179 JW (RS)
12  AMBER LESLIE,                           )
                                            )   NOTICE OF PENDING ACTION
13                   Plaintiff,             )   [N. Dist. L.R. 3-13]
                                            )
14       vs.                                )   Date: June 9, 2008
                                            )   Time: 9:00 a.m.
15  CITY OF SAND CITY, A Municipal          )   Courtroom 8, 4th Floor
    Corporation; FRANK PIRES dba            )
16  MARINA BEACH TOW, and DOES 1            )
    through 10, inclusive,                  )
17                                          )
                     Defendants.            )
18                                          )

19

20  TO THE COURT AND TO PLAINTIFF AMBER LESLIE, *IN FORMA PAUPERIS*, AND TO

21  DEFENDANT FRANK PIRES dba MARINA BEACH TOW AND HIS ATTORNEY OF

22  RECORD:

23       TAKE NOTICE that there is pending an action in the Superior Court of California which

24  involves all of the same subject matter and all of the same parties as the within action.

25       1.   *Leslie v. City of Sand City and Marina Beach Tow*, Case No. M82001, Superior

26  Court of California, County of Monterey, is an action in which Plaintiff alleges that on

27  January 13, 2006 her vehicle was negligently and wrongfully towed and converted, by

28  Defendants City of Sand City and Marina Beach Tow.

1

1  2. The action was commenced on December 6, 2006, and involves the exact same
2  parties and is based on the identical facts as alleged in the instant action.
3  3. The action before this Court should be dismissed on principles of abstention
4  pursuant to *Younger v. Harris,* 401 U.S. 37 (1971) and *Colorado River Water Conservation*
5  *District v. United States*, 424 U.S. 800 (1976).
6  Dated: April 4, 2008

                                    LAW OFFICES OF VINCENT P. HURLEY
                                    A Professional Corporation

                              By:  /s/ Douglas F. Young
                                      DOUGLAS F. YOUNG
                              Attorneys for Defendant CITY OF SAND CITY