1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone:  (831) 661-4800
   Facsimile:  (831) 661-4804
5
   Attorneys for Defendant
6  CITY OF SAND CITY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11 _____ )    Case No. C 08-00179 JW (RS)
                                  )
12 AMBER LESLIE,                  )
                                  )    DECLARATION OF DOUGLAS F.
13              Plaintiff,        )    YOUNG IN SUPPORT OF MOTION
                                  )    FOR DISMISSAL
14      vs.                       )    [Fed. R. Civ. Proc. 12(b)(1)]
                                  )
15 CITY OF SAND CITY, A Municipal )    Date:  June 9, 2008
   Corporation; FRANK PIRES dba   )    Time:  9:00 a.m.
16 MARINA BEACH TOW, and DOES 1   )    Courtroom 8, 4th Floor
   through 10, inclusive,         )
17                                )
                Defendants.       )
18 _____ )

19

20      I, Douglas F. Young, hereby declare:

21      1.      I am an attorney admitted to practice in the United States District Court, Northern

22 District Court of California, and I am the attorney of record for Defendant CITY OF SAND

23 CITY.

24      2.      In the matter of *Leslie v. Sand City, et al*, Monterey County Superior Court

25 case No. M82001, the following proceedings have taken place:

26      A.      Demurrer to Complaint;

27      B.      Motion to strike punitive damages allegations;

28      C.      Case management conference and order to show cause re: sanctions and dismissal;

                                    1

1    D.    City of Sand City's request for admissions to Plaintiff;

2    E.    City of Sand City's request for production of documents to Plaintiff;

3    F.    City of Sand City's form interrogatories to Plaintiff;

4    G.    City of Sand City's special interrogatories to Plaintiff (Set One);

5    H.    Filing of answer to amended complaint by Defendant, Sand City;

6    I.    City of Sand City's special interrogatories to Plaintiff (Set Two);

7    J.    Motion by Defendant Sand City that matters be deemed admitted;

8    K.    City of Sand City's motion to compel responses to discovery and for sanctions;

9    L.    Plaintiff's special interrogatories to Defendant City of Sand City;

10    M.    Plaintiff's form interrogatories to Defendant City of Sand City;

11    N.    Plaintiff's request for production of documents to City of Sand City;

12    O.    Plaintiff's special interrogatories to Defendant City of Sand City (Set Two);

13    P.    Subpoena of records on Department of Motor Vehicles by City of Sand City;

14    Q.    Answer by Marina Beach Tow to Plaintiff's complaint;

15    R.    Cross Complaint by Defendant Marina Beach Tow against Plaintiff;

16    S.    Second case management conference and trial setting;

17    T.    Plaintiff's request for production of documents on Defendant City of Sand City;

18    U.    Plaintiff's special interrogatories on Defendant City of Sand City (Set Three);

19    V.    Deposition of plaintiff;

20    X.    Demand for exchange of expert witnesses;

21    3.    The state court matter of *Leslie v. Sand City* is set for mandatory settlement

22  conference on May 2, 2008, and for jury trial on May 12, 2008, the same day that the parties

23  have to meet and confer on initial disclosures, early settlement, ADR process selection and

24  discovery plan in the proceedings pending before this Court.

25

26

27

28

2

1    I declare under penalty of perjury under the law of the United States of America and the

2 State of California that the foregoing is true and correct and that this declaration was executed on

3 April 4, 2008, at Aptos, California.

4                              _____/s/ Douglas F. Young_____
                                    DOUGLAS F. YOUNG
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Young Dec. ISO Mot. for Dismissal                                    Case No. C 08-00179 JW (RS)