Vincent P. Hurley #111215
Douglas F. Young #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendant
CITY OF SAND CITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMBER LESLIE,<br><br>         Plaintiff,<br><br>   vs.<br><br>CITY OF SAND CITY, A Municipal Corporation; FRANK PIRES dba MARINA BEACH TOW, and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. C 08-00179 JW (RS)<br><br>[PROPOSED] ORDER<br><br>Date: June 9, 2008<br>Time: 9:00 a.m.<br>Courtroom 8, 4th Floor |

The matter having come on regularly June 9, 2008, at 9:00 a.m. , in Courtroom 8, United States District Court for the Northern District of California, Honorable James Ware presiding, Plaintiff appearing *in propria persona*., moving party City of Sand City appearing by and through its counsel, Douglas F. Young, Defendant Frank Pires dba Marina Beach Tow appearing by and through his counsel, David W. Brown, the matter having been argued and submitted, and good cause appearing therefor,

IT IS HEREBY ORDERED that this Court abstains from exercising jurisdiction over the matter, on the ground that there is another action pending as *Leslie v. City of Sand City, et al.*, Superior Court of California, County of Monterey, case no. M82001, and that under the doctrine

1  of *Younger v. Harris,* 401 U.S. 37 (1971) and *Colorado River Water Conservation District v.*
2  *United States*, 424 U.S. 800 (1976), this matter is dismissed.

4  Dated: _____

6
7                                                    The Honorable James Ware
                                                     United States District Court Judge