1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  CITY OF SAND CITY

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12  AMBER LESLIE,                    )   Case No. C 08-00179 JW (RS)
                                     )
13                 Plaintiff,        )   CERTIFICATE OF SERVICE BY
                                     )   MAIL ON DEFENDANT CITY OF
14        vs.                        )   SAND CITY'S MOTION TO DISMISS
                                     )
15  CITY OF SAND CITY, A Municipal   )   Date: June 9, 2008
    Corporation; FRANK PIRES dba     )   Time: 9:00 a.m.
16  MARINA BEACH TOW, and DOES 1     )   Courtroom 8, 4th Floor
    through 10, inclusive,           )
17                                   )
                   Defendants.       )
18  _____)

1  I, Gina Forese, declare as follows: I am employed in the County of Santa Cruz, State of
2  California. I am over the age of eighteen years and not a party to the within action. My business
3  address is 38 Seascape Village, Aptos, California 95003.
4  On April 4, 2008 I served the following documents:
5  - **Notice of Motion and Motion to Dismiss;**
6  - **Memorandum of Points and Authorities in Support of Defendant City of Sand
7    City's Motion for Dismissal;**
8  - **Request for Judicial Notice;**
9  - **Notice of Pending Action;**
10 - **Declaration of Douglas F. Young in Support of Motion for Dismissal;**
11 - **[Proposed] Order**
12 on the interested parties to said action by the following means:
13 X   (BY MAIL) By placing a true copy of the above-referenced document(s) enclosed in
14     a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos,
15     California, addressed as shown below.
16     (BY HAND-DELIVERY) By delivering a true copy thereof, enclosed in a sealed
17     envelope, to the address(es) shown below.
18     (BY OVERNIGHT DELIVERY) By placing a true copy thereof, enclosed in a sealed
19     envelope, with delivery charges to be billed to the Law Offices of Vincent P. Hurley, to be
20     delivered by Federal Express, to the address(es) shown below.
21     (BY FACSIMILE TRANSMISSION) By transmitting a true copy thereof by
22     facsimile transmission from facsimile number (831) 661-4804 to the interested parties to
23     said action at the facsimile number(s) shown below.
24
25
26
27
28

2

Cert. of Svc. on Deft's Mot. to Dismiss                                    Case No. C 08-00179 JW (RS)

1  I declare under penalty of perjury under the laws of the United States of America and
2  the State of California that the foregoing is true and correct.
3  Executed on April 4, 2008 at Aptos, California.

*[Signature]*
Gina Borese

7  NAMES(S) AND ADDRESS OR FAX NUMBER(S) OF EACH PARTY SERVED:

| | |
|---|---|
| Amber Leslie<br>1592 Mesquite Drive, #207<br>Salinas, CA 93905<br>Tel: (831) 772-9988 | *In Forma Pauperis* |
| David W. Brown, Esq.<br>665 Munras Avenue<br>Monterey, CA 93940<br>Tel: (831) 649-8211<br>Fax: (831) 649-2376 | Attorney for Defendant<br>FRANK PIRES dba MARINA BEACH TOW |