1  **DAVID W. BROWN, No. 99389**
   **Attorney at Law**
2  **665 Munras Ave., Suite 210**
   **Monterey, CA 93940**
3  **Tel: (408)649-8211**
   **Fax: (408)649-2376**
4  **Attorney for Defendant FRANK PIRES**

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 AMBER LESLIE,                    )    Case No.  C-08-00179-JW(RS)
                                    )
11           Plaintiff,             )    [PROPOSED] ORDER
                                    )
12 vs.                              )
                                    )
13 CITY OF SAND CITY, Et. al.,      )
                                    )
14           Defendants             )
                                    )    Hearing Date: May 5, 2008
                                    )            Time: 9:00 AM
15 _____  )    Courtroom 8, 4th Floor

16      The matter having come on regularly May 5, 2008 at 9:00 am in Courtroom 8, , United

17 States District Court for the Northern District of California, the Hon. James Ware presiding,

18 Plaintiff AMBER LESLIE appearing in *pro se*, moving party FRANK PIRES appearing by

19 and through his counsel, David W. Brown, , defendant CITY OF SAND CITY appearing

20 through its counsel, Douglas F. Young, the matter having been argued and submitted, and

21 good cause appearing therefor,

22 //

23 //

24 //

25 //

26 //

27

28                                      -1-

**IT IS HEREBY ORDERED** that this Court abstains from exercising jurisdiction of the subject matter of this action, on the ground that there is another action pending in state court between the same parties on the same facts, such case being *Leslie v. City of San City, Et. al.*, Superior Court of California, County of Monterey, Case No. M-82001, and that under the doctrine of Younger v. Harris 401 U.S. 37 (1971) and Colorado River Water Conservation District v. United States, 424 U.S. 800 (1976), this matter is dismissed.

DATED: _____

                                              **HON. JAMES WARE**
                                              **UNITED STATES DISTRICT JUDGE**