1  **DAVID W. BROWN, No. 99389**
   **Attorney at Law**
2  **665 Munras Ave., Suite 210**
   **Monterey, CA 93940**
3  **Tel: (408)649-8211**
   **Fax: (408)649-2376**
4  **Attorney for Defendant FRANK PIRES**

5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9
   **AMBER LESLIE,**                )    Case No.  C-08-00179-JW(RS)
10                                   )
                  **Plaintiff,**     )    **CERTIFICATE OF SERVICE**
11                                   )    **OF PROPOSED ORDER**
                                     )
12 **VS,**                           )
                                     )
13 **CITY OF SAND CITY, Et. al.,**   )
                                     )
14                **Defendants**     )
                                     )
15 _____   )

16         I, David W. Brown, declare:

17         I am over the age of 18 years and not a party to the within action. On March 27, 2008,

18 **I served the within [PROPOSED] ORDER (re motion to dismiss), by placing true copies**

19 **thereof in separate, sealed envelopes, with the postage thereon fully prepaid, in the United**

20 **States Postal Service mailbox at Monterey, California, the said envelopes being addressed as**

21 **follows:**

22
   **Amber Leslie**
23 **1592 Mesquite Drive, No. 207**
   **Salinas CA 93905**                     (Plaintiff in Pro Per)
24
   **Douglas Young**
25 **Law Offices of Vincent Hurley**
   **38 Seascape Village**
26 **Aptos, CA 95003**                      (Attorneys for CITY OF SAND CITY)

27

28                                      -1-

1   I declare under penalty of perjury under the laws of the United States of America that
2   the foregoing is true and correct.
3   **DATED: April 8, 2008**
4
5   _____
    **DAVID W. BROWN**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                     -2-