1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMBER LESLIE,                                    No. C 08-00179 JW

        Plaintiff(s),

                              CLERK'S NOTICE CONTINUING MOTION
    v.                          HEARING

CITY OF SAND CITY, ET AL.,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:


YOU ARE NOTIFIED THAT the MOTION to Alter Judgment, First MOTION to Dismiss for Lack

of Jurisdiction  before Judge James Ware previously noticed for May 5, 2008 at 9:00 AM  has been

reset to **June 9, 2008  at 9:00 AM**  Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.


Dated:  April 9, 2008

                        FOR THE COURT,
                        Richard W. Wieking, Clerk


                        by:  _____/s/_____
                             Elizabeth Garcia
                             Courtroom Deputy