1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone:  (831) 661-4800
   Facsimile:  (831) 661-4804
5
   Attorneys for Defendant
6  CITY OF SAND CITY

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11  _____
                                   )    Case No. C 08-00179 JW (RS)
12  AMBER LESLIE,                  )
                                   )    NOTICE OF WITHDRAWAL OF
13              Plaintiff,         )    MOTION.
                                   )
14      vs.                        )    Date:  June 9, 2008
                                   )    Time:  9:00 a.m.
15  CITY OF SAND CITY, A Municipal )    Courtroom 8, 4th Floor
    Corporation; FRANK PIRES dba   )
16  MARINA BEACH TOW, and DOES 1   )
    through 10, inclusive,         )
17                                 )
                Defendants.        )
18  _____)

19      Defendant CITY OF SAND CITY hereby gives notice and withdraws its motion for

20  dismissal under Federal Rule of Civil Procedure 12(b)(1), now pending before this Court to be

21  heard June 9, 2008, at 9:00 a.m.  This motion is withdrawn without prejudice to Defendant's

22  right to reinstate the motion with proper notice at a future date as appropriate.

23  Dated:  May 19, 2008

24                                 LAW OFFICES OF VINCENT P. HURLEY
                                   A Professional Corporation
25

26
                                   By:  _____/s/ Douglas F. Young_____
27                                          DOUGLAS F. YOUNG
                                   Attorneys for Defendant CITY OF SAND CITY
28

                                   1

Notice of Withdrawal of Motion                         Case No. C 08-00179 JW (RS)