1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  CITY OF SAND CITY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  AMBER LESLIE,                    )   Case No. C 08-00179 JW (RS)
                                     )
13              Plaintiff,           )   PROOF OF SERVICE BY MAIL OF
                                     )   NOTICE OF WITHDRAWAL OF
14       vs.                         )   MOTION
                                     )
15  CITY OF SAND CITY, A Municipal   )   Date: June 9, 2008
    Corporation; FRANK PIRES dba     )   Time: 9:00 a.m.
16  MARINA BEACH TOW, and DOES 1     )   Courtroom 8, 4th Floor
    through 10, inclusive,           )
17                                   )
                Defendants.          )
18                                   )

1

Proof of Service                              Case No. C 08-00179 JW (RS)

1  I, Gina Forese, declare as follows: I am employed in the County of Santa Cruz, State of
2  California. I am over the age of eighteen years and not a party to the within action. My business
3  address is 38 Seascape Village, Aptos, California 95003.
4   On May 19, 2008, I served the following documents:
5   NOTICE OF WITHDRAWAL OF MOTION
6  on the interested parties to said action by the following means:
7   X   (BY MAIL) By placing a true copy of the above-referenced document(s) enclosed in
8  a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos,
9  California, addressed as shown below.
10     (BY HAND-DELIVERY) By delivering a true copy thereof, enclosed in a sealed
11  envelope, to the address(es) shown below.
12     (BY OVERNIGHT DELIVERY) By placing a true copy thereof, enclosed in a sealed
13  envelope, with delivery charges to be billed to the Law Offices of Vincent P. Hurley, to be
14  delivered by Federal Express, to the address(es) shown below.
15     (BY FACSIMILE TRANSMISSION) By transmitting a true copy thereof by
16  facsimile transmission from facsimile number (831) 661-4804 to the interested parties to
17  said action at the facsimile number(s) shown below.
18   I declare under penalty of perjury under the laws of the State of California that the
19  foregoing is true and correct.
20   Executed on May 19, 2008, at Aptos, California.

_____
Gina Forese

24  NAMES(S) AND ADDRESS OR FAX NUMBER(S) OF EACH PARTY SERVED:
25     (SEE ATTACHED SERVICE LIST)

Proof of Service                                            Case No. C 08-00179 JW (RS)

1  Amber Leslie                                 *In Forma Pauperis*
   1592 Mesquite Drive, #207
2  Salinas, CA 93905
   Tel: (831) 772-9988
3

4  David W. Brown, Esq.                         Attorney for Defendant
   665 Munras Avenue                            FRANK PIRES dba MARINA BEACH
5  Monterey, CA 93940                           TOW
   Tel: (831) 649-8211
6  Fax: (831) 649-2376

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28