IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amber Leslie,<br><br>        Plaintiff,<br>  v.<br><br>City of Sand City, et al.,<br><br>        Defendants. | NO. C 08-00179 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

A Case Management Conference in the above entitled case is presently set for June 2, 2008. However, a hearing on Defendants' Motions to Dismiss is presently scheduled for **June 9, 2008 at 9 a.m.**[1] In light of the pending motions to dismiss, the Court VACATES the conference set on June 2, 2008. The Court will reschedule the case management conference, if necessary, in its Order addressing Defendants' motions.

Dated: May 20, 2008

                                                  JAMES WARE<br>                                                  United States District Judge

---

[1] The Court notes that to date, Plaintiff has failed to file an opposition to Defendants' motion. Plaintiff opposition was due on **May 19, 2008.** The Court reminds Plaintiff that failure to respond to Defendants' motion may be sufficient ground for dismissal for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David W. Brown davidwaynebrown@aol.com
Douglas Frank Young dyoung@hurleylaw.com

Amber Leslie
1592 Mesquite Drive, No. 207
Salinas, CA 93905

**Dated:  May 20, 2008**                                    **Richard W. Wieking, Clerk**

                                                             **By:      /s/ JW Chambers         **
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California