1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804

5

   Attorneys for Defendant
6  CITY OF SAND CITY

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12  AMBER LESLIE,                        )   Case No. C 08-00179 JW (RS)
                                         )
13                    Plaintiff,         )   PROOF OF SERVICE BY MAIL OF
                                         )   DEFENDANT CITY OF SAND CITY'S
14        vs.                            )   ANSWER TO COMPLAINT
                                         )
15  CITY OF SAND CITY, A Municipal       )
    Corporation; FRANK PIRES dba         )
16  MARINA BEACH TOW, and DOES 1         )
    through 10, inclusive,               )
17                                       )
                      Defendants.        )
18  _____  )

19

20

21

22

23

24

25

26

27

28

                                  1

Proof of Service                              Case No. C 08-00179 JW (RS)

1    I, Gina Forese, declare as follows:  I am employed in the County of Santa Cruz, State of

2  California.  I am over the age of eighteen years and not a party to the within action.  My business

3  address is 38 Seascape Village, Aptos, California 95003.

4    On May 23, 2008, I served the following documents:

5    DEFENDANT CITY OF SAND CITY'S ANSWER TO COMPLAINT

6  on the interested parties to said action by the following means:

7    X   (BY MAIL)  By placing a true copy of the above-referenced document(s) enclosed in

8    a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos,

9    California, addressed as shown below.

10    ___ (BY HAND-DELIVERY)  By delivering a true copy thereof, enclosed in a sealed

11    envelope, to the address(es) shown below.

12    ___ (BY OVERNIGHT DELIVERY)  By placing a true copy thereof, enclosed in a sealed

13    envelope, with delivery charges to be billed to the Law Offices of Vincent P. Hurley, to be

14    delivered by Federal Express, to the address(es) shown below.

15    ___ (BY FACSIMILE TRANSMISSION)  By transmitting a true copy thereof by

16    facsimile transmission from facsimile number (831) 661-4804 to the interested parties to

17    said action at the facsimile number(s) shown below.

18    I declare under penalty of perjury under the laws of the State of California that the

19  foregoing is true and correct.

20    Executed on May 23, 2008, at Aptos, California.

21

22    _____
        Gina Forese

23

24  NAMES(S) AND ADDRESS OR FAX NUMBER(S) OF EACH PARTY SERVED:

25  Amber Leslie                                 *In Forma Pauperis*
    1592 Mesquite Drive, #207
26  Salinas, CA 93905
    Tel:  (831) 772-9988

27

28

2