Vincent P. Hurley #111215
Douglas F. Young #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendant
CITY OF SAND CITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMBER LESLIE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SAND CITY, A Municipal Corporation; FRANK PIRES dba MARINA BEACH TOW, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. C 08-00179 JW (RS)<br><br>REPORT AND [PROPOSED] ORDER SELECTING ADR PROCESS |

　　　　Defendants CITY OF SAND CITY and FRANK PIRES dba MARINA BEACH TOW are willing to stipulate to ADR in the form of Early Neutral Evaluation. After attempting to meet and confer with the other parties, plaintiff AMBER LESLIE informed counsel for Defendant CITY OF SAND CITY that she does not wish to engage in ADR in this matter, but prefers to go directly to trial without ADR.

/ / /

/ / /

1

Stipulation & Order re ADR　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 08-00179 JW (RS)

1    Defendants agree to hold the ADR session by the presumptive deadline, being 90 days

2    from the date of the Order referring the case to an ADR process unless otherwise ordered.

3    Dated: May 23, 2008

4                                            LAW OFFICES OF VINCENT P. HURLEY
                                             A Professional Corporation
5

6

7                                            By:     /s/ Douglas F. Young
                                                    DOUGLAS F. YOUNG
8                                            Attorneys for Defendant CITY OF SAND CITY

9

10   Dated: May 23, 2008

11

12

13                                           By:     /s/ David W. Brown
                                                    DAVID W. BROWN
14                                           Attorneys for Defendant FRANK PIRES dba
                                             MARINA BEACH TOW
15

16                              [PROPOSED] ORDER

17       The captioned matter is hereby referred to Early Neutral Evaluation.

18       Deadline for ADR session is 90 days from the date of this ORDER.

19   IT IS SO ORDERED.

20

21   Dated: _____

22
                                             _____
                                                   The Honorable James Ware
23                                             United States District Court Judge

24

25

26

27

28