1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  CITY OF SAND CITY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12 AMBER LESLIE,                )  Case No. C 08-00179 JW (RS)
                                )
13          Plaintiff,           )  PROOF OF SERVICE BY MAIL OF
                                )  REPORT AND [PROPOSED] ORDER
14     vs.                      )  SELECTING ADR PROCESS
                                )
15 CITY OF SAND CITY, A Municipal)
   Corporation; FRANK PIRES dba )
16 MARINA BEACH TOW, and DOES 1 )
   through 10, inclusive,       )
17                              )
            Defendants.         )
18 _____)

19

20

21

22

23

24

25

26

27

28

                            1

Proof of Service                            Case No. C 08-00179 JW (RS)

1    I, Gina Forese, declare as follows: I am employed in the County of Santa Cruz, State of
2  California. I am over the age of eighteen years and not a party to the within action. My business
3  address is 38 Seascape Village, Aptos, California 95003.
4    On May 23, 2008, I served the following documents:
5    REPORT AND [PROPOSED] ORDER SELECTING ADR PROCESS
6  on the interested parties to said action by the following means:
7    X  (BY MAIL) By placing a true copy of the above-referenced document(s) enclosed in
8  a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos,
9  California, addressed as shown below.
10    ___ (BY HAND-DELIVERY) By delivering a true copy thereof, enclosed in a sealed
11  envelope, to the address(es) shown below.
12    ___ (BY OVERNIGHT DELIVERY) By placing a true copy thereof, enclosed in a sealed
13  envelope, with delivery charges to be billed to the Law Offices of Vincent P. Hurley, to be
14  delivered by Federal Express, to the address(es) shown below.
15    ___ (BY FACSIMILE TRANSMISSION) By transmitting a true copy thereof by
16  facsimile transmission from facsimile number (831) 661-4804 to the interested parties to
17  said action at the facsimile number(s) shown below.
18    I declare under penalty of perjury under the laws of the State of California that the
19  foregoing is true and correct.
20    Executed on May 23, 2008, at Aptos, California.

                                                            _____
                                                            Gina Forese

24  NAMES(S) AND ADDRESS OR FAX NUMBER(S) OF EACH PARTY SERVED:

25  Amber Leslie                              *In Forma Pauperis*
    1592 Mesquite Drive, #207
26  Salinas, CA 93905
    Tel: (831) 772-9988