**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

Vincent P. Hurley #111215
Douglas F. Young #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendant
CITY OF SAND CITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMBER LESLIE,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF SAND CITY, A Municipal Corporation; FRANK PIRES dba MARINA BEACH TOW, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. C 08-00179 JW (RS)<br><br>NOTICE OF WITHDRAWAL OF MOTION.<br><br>Date: June 9, 2008<br>Time: 9:00 a.m.<br>Courtroom 8, 4th Floor |

Defendant CITY OF SAND CITY hereby gives notice and withdraws its motion for dismissal under Federal Rule of Civil Procedure 12(b)(1), now pending before this Court to be heard June 9, 2008, at 9:00 a.m. This motion is withdrawn without prejudice to Defendant's right to reinstate the motion with proper notice at a future date as appropriate.

Dated: May 19, 2008

                                            LAW OFFICES OF VINCENT P. HURLEY
                                            A Professional Corporation

                                            By:    /s/ Douglas F. Young
                                                    DOUGLAS F. YOUNG
                                          Attorneys for Defendant CITY OF SAND CITY