1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone:  (831) 661-4800
   Facsimile:  (831) 661-4804
5
   Attorneys for Defendant
6  CITY OF SAND CITY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  _____
                                      )   Case No. C 08-00179 JW (RS)
12  AMBER LESLIE,                     )
                                      )   REPORT AND [PROPOSED] ORDER
13              Plaintiff,            )   SELECTING ADR PROCESS
                                      )
14      vs.                           )
                                      )
15  CITY OF SAND CITY, A Municipal    )
    Corporation; FRANK PIRES dba      )
16  MARINA BEACH TOW, and DOES 1      )
    through 10, inclusive,            )
17                                    )
                Defendants.           )
18  _____)

19

20

21          Defendants CITY OF SAND CITY and FRANK PIRES dba MARINA BEACH TOW

22  are willing to stipulate to ADR in the form of Early Neutral Evaluation.  After attempting to meet

23  and confer with the other parties, plaintiff AMBER LESLIE informed counsel for Defendant

24  CITY OF SAND CITY that she does not wish to engage in ADR in this matter, but prefers to go

25  directly to trial without ADR.

26  / / /

27  / / /

28

                                    1

1    Defendants agree to hold the ADR session by the presumptive deadline, being 90 days

2  from the date of the Order referring the case to an ADR process unless otherwise ordered.

3  Dated:  May 23, 2008

4                                      LAW OFFICES OF VINCENT P. HURLEY
                                       A Professional Corporation
5

6

7                                      By:  _____/s/ Douglas F. Young_____
                                              DOUGLAS F. YOUNG
8                                      Attorneys for Defendant CITY OF SAND CITY

9

10  Dated:  May 23, 2008

11

12

13                                     By:  _____/s/ David W. Brown_____
                                              DAVID W. BROWN
14                                     Attorneys for Defendant FRANK PIRES dba
                                       MARINA BEACH TOW
15

16                              [PROPOSED] ORDER

17    The captioned matter is hereby referred to Early Neutral Evaluation.

18    Deadline for ADR session is 90 days from the date of this ORDER.

19    Although as represented by Defendants, Plaintiff prefers to go directly to trial without any
    ADR session, the Court finds that it would be beneficial to refer this case to ENE pursuant to
20  Civ. L.R. 16-8(a).  IT IS SO ORDERED.

21  Dated:  ___June 2, 2008_____

22                                     _____
                                       The Honorable James Ware
23                                     United States District Court Judge

24

25

26

27

28

2