ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

June 5, 2008

Amber Leslie
1592 Mesquite Drive, No. 207
Salinas, CA 93905

Douglas Frank Young
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003
831-661-4800

David W. Brown
Attorney at Law
33 Soledad Drive
Monterey, CA 93940
831-649-8211

Re:   Leslie v. City of Sand City
      Case No. C 08-00179 JW ENE

Dear Ms. Leslie and Counsel:

We have received notification from James Ware that the referenced case was referred to ENE on June 2, 2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how ENE can assist you. We would like to schedule this for **Wednesday, June 11, 2008 at 10:00 a.m.** This office will initiate the call. If you are unavailable at this time, please contact the other side and provide me with three alternate times everyone is available. Ms. Leslie is directed to provide me with a contact number for this conference call no later than 3:00 p.m. on Monday, June 9, 2008.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator