AMBER LESLIE
1592 MESQUITE DRIVE, NO. 207
SALINAS, CA 93905

TELEPHONE: (831) 772-9988

AMBER LESLIE

**FILED**

2008 MAY 30 P 3:37

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER LESLIE, <br><br> PLAINTIFF, <br><br> VS. <br><br> CITY OF SAND CITY; MARINA BEACH TOW AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> DEFENDANTS. | C 08-00179 JW <br><br> DECLARATION OF AMBER LESLIE RE CONTENTS OF JOINT STATEMENT FILED BY ATTORNEY DOUGLAS F. YOUNG AND DAVID W. BROWN |

I, AMBER LESLIE, declare and state as follows;

1. I am a citizen of the United States and over the age of 18

2. I am the plaintiff pro se in the within action. The statements contained in this Declaration are true of my own knowledge and belief. As to matters stated upon believe, I believe them to be true.

3. Plaintiff, after several attempts by telephone to contact both parties in this matter in an attempt to comply with ADR forwarded a letter on May 19, 2008 by mail and facsimile to the parties. (Please see attached Exhibit 1)

Leslie v. City of Sand City - C 08-00179 JW (RS)    Declaration of Plaintiff

1

4. On or about May 21, 2008 attorney for CITY OF SAND CITY telephoned plaintiff AMBER LESLIE at which time attorney for CITY OF SAND CITY informed plaintiff AMBER LESLIE that due to his having withdrawn defendant CITY OF SAND CITY'S Motion set to be heard on June 2, 2008, the schedule for the ADR process has been revised accordingly citing the statement contained in the court's Order Vacating Case Management Conference:

> ". . . [I]n light of the pending motions to dismiss, the Court <u>VACATES</u> the conference set on June 2, 2008. The Court will reschedule the case management conference, if necessary, in its Order addressing Defendant's motions.

5.  Plaintiff, relying on Mr. Young's statements and after further discussion, agreed to a telephone conference between the parties which Mr. Young agreed to arrange. Plaintiff, again relying upon Mr. Young's statements left for the Memorial Day holiday.

6.  On May 27, 2008, plaintiff's mail contained a copy of a Report and [Proposed] Order Selecting ADR Process containing, among other things, the following statements by Mr. Young:

> ". . .[A]fter attempting to meet and confer with the other parties, plaintiff AMBER LESLIE informed counsel for Defendant CITY OF SAND CITY that she does not wish to engage in ADR in the matter, but prefers to go directly to trial without ADR."

The report goes on to state:

> "Defendants agree to hold the ADR session by the presumptive deadline, being 90 days from the date of the Order referring the case to an ADR process unless otherwise ordered."

7. Plaintiff believes that defense counsel deliberately distorted the content and meaning of Plaintiff's statements in that Plaintiff stated that she was willing to participate in the process

upon obtaining sufficient discovery from defendants in order to enable the arbitrator to come to a just decision.

8. At no time did Plaintiff refuse to participate in the ADR process.

9. Plaintiff declares that defense counsel Young agreed to arrange a telephone conference between the parties prior to filing a report in order to move the ADR process along. Plaintiff then left for the Memorial Day only to return on May 27, 2008 to learn that defense counsel had filed a Report and [Proposed] Order stating that

> "...plaintiff AMBER LESLIE informed counsel for Defendant CITY OF SAND CITY that she does not wish to engaged in ADR in this matter, but prefers to go directly to trial without ADR."

9. Plaintiff in effort to set the record straight is today, May 28, 2008, forwarding a letter to defense counsel disputing his claims. (Please see attached Exhibit 2).

I DECLARE UNDER PENALTY OF PERJURY that the forgoing is true and correct.

Executed this 28th day of May 2008 at Salinas, California.

DATED: 5/28/08  _____
AMBER LESLIE

# EXHIBIT "1"

Amber Leslie
1592 Mesquite Drive, # 207
Salinas, CA 93905

## facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | David W. Brown, Esq. | **Fax:** | 831 649 2376 |
| **From:** | Amber Leslie | **Date:** | 5/19/2008 |
| **Re:** | Leslie v. Sand City, etc., et al | **Pages:** | 3 including cover page |
| **CC:** | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Please respond at your earliest convenience

# Amber Leslie
1592 Mesquite Drive, No. 207
Salinas, California 93905-6614

(831) 772-9988

May 19, 2008

**VIA FACSIMILE (831) 649-2376
AND REGULAR U.S. MAIL**

David W. Brown, Esq.
665 Munras Avenue, Suite 210
Monterey, CA 93940

Re:   <u>Leslie v. City of Sand City, etc., et al. / Case No. M82001</u>

Dear Mr. Young:

  You will note from the enclosed document, May 12, 2008 was designated as the last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan. I had assumed that you had been served with a copy of USDC Order Setting Initial Case Management Conference and ADR Deadlines and the filing of a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference concurrent with the Complaint in this case. If this document was not served I enclose a copy for your review.

  Nonetheless, I have made several attempts within the past two weeks to contact you by telephone in an effort to comply with this directive. Thus, I will append a copy of this letter to the Case Management Statement due May 23, 2008.

  Please let me know your intentions regarding the June 9, 2008 hearing on your Motion to Dismiss. Since your major objection has been eliminated by way of the recently filed Dismissal Without Prejudice, I see no reason to proceed with this motion. If you have a differing opinion, please notify me. I await your response.

Very truly yours,

*[signature]*

Amber Leslie

AL
Enclosures (as noted above

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMBER LESLIE,

    Plaintiff(s),

v.

CITY OF SAND CITY, ET AL.,

    Defendant(s).



ORIGINAL

No. C 08-00179 JW

08 JAN 10 PM 2: 12

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

    IT IS HEREBY ORDERED that this action is assigned to the Honorable James Ware. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

    IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov. A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 1/10/2008 | Complaint filed | |
| 5/12/2008 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 5/23/2008 | *Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1)<br>Civil L.R. 16-9 |
| 6/2/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 8, 4th Floor, SJ at 10:00 AM | Civil L.R. 16-10 |

* If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

Amber Leslie
1592 Mesquite Drive, # 207
Salinas, CA 93905

## facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Douglas F. Young, Esq. | **Fax:** | 831 661 4804 |
| **From:** | Amber Leslie | **Date:** | 5/19/2008 |
| **Re:** | Leslie v. Sand City, etc., et al | **Pages:** | 3 including cover page |
| **CC:** | | | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**Please respond at your earliest convenience**

# Amber Leslie
1592 Mesquite Drive, No. 207
Salinas, California 93905-6614

(831) 772-9988

May 19, 2008

VIA FACSIMILE (831) 661-4804
AND REGULAR U.S. MAIL

Douglas F. Young, Esq.
LAW OFFICES OF VINCENT P. HURLEY
38 Seascape Village
Aptos, CA 95003

Re: Leslie v. City of Sand City, etc., et al. / Case No. M82001

Dear Mr. Young:

You will note from the enclosed document, May 12, 2008 was designated as the last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan. I had assumed that you had been served with a copy of USDC Order Setting Initial Case Management Conference and ADR Deadlines and the filing of a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference concurrent with the Complaint in this case. If this document was not served I enclose a copy for your review.

Nonetheless, I have made several attempts within the past two weeks to contact you by telephone in an effort to comply with this directive. Thus, I will append a copy of this letter to the Case Management Statement due May 23, 2008.

Please let me know your intentions regarding the June 9, 2008 hearing on your Motion to Dismiss. Since your major objection has been eliminated by way of the recently filed Dismissal Without Prejudice, I see no reason to proceed with this motion. If you have a differing opinion, please notify me. I await your response.

Very truly yours,

Amber Leslie

AL
Enclosures (as noted above

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMBER LESLIE,

    Plaintiff(s),

v.

CITY OF SAND CITY, ET AL.,
    Defendant(s).

ORIGINAL

No. C 08-00179 JW

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

    IT IS HEREBY ORDERED that this action is assigned to the Honorable James Ware. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

    IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov. A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 1/10/2008 | Complaint filed | |
| 5/12/2008 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | FRCivP 26(f) & ADR L.R.3-5<br><br>Civil L.R. 16-8 |
| 5/23/2008 | *Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1)<br>Civil L.R. 16-9 |
| 6/2/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 8, 4th Floor, SJ at 10:00 AM | Civil L.R. 16-10 |

* If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.

# EXHIBIT "2"

# Amber Leslie
1592 Mesquite Drive, No. 207
Salinas, California 93905-6614

(831) 772-9988

May 28, 2008

**VIA FACSIMILE (831) 661-4804**
**AND REGULAR U.S. MAIL**

Douglas F. Young, Esq.
LAW OFFICES OF VINCENT P. HURLEY
38 Seascape Village
Aptos, CA 95003

Re:  Leslie v. City of Sand City, etc., et al C 08-00179 JW

Dear Mr. Young:

      Today I received a copy of a "Report and [Proposed] Order Selecting ADR Process which you forwarded to the court on May 23, 2008. In that report you state:

> "...[A]fter attempting to meet and confer with the other parties, plaintiff AMBER LESLIE informed counsel for Defendant CITY OF SAND CITY that she does not wish to engage in ADR in the matter, but prefers to go directly to trial without ADR."

The report goes on to state:

> "Defendants agree to hold the ADR session by the presumptive deadline, being 90 days from the date of the Order referring the case to an ADR process unless otherwise ordered."

      I made no such statement to you. My distinct recollection of our conversation was that I was willing to join in an ADR process after certain vital discovery was provided because I believed the lack of such discovery might preclude the arbitrator making a just decision. My further distinct recollection is that the parties would engage in a telephone conference (which you agreed to arrange) prior to filing the joint report.

Douglas F. Young, Esq.
May 28, 2008
Page 2


Attached are documents which I am forwarding to the Court along with copies of our previous correspondence.

Very truly yours,

Amber Leslie


/AL
CC:   David W. Brown, Esq.
Enclosures (as noted above)