## CERTIFICATE OF SERVICE   **FILED**

I, CAMILLE BISHOP, declare as follow: I am a citizen of the United States, over the age of 18, and competent to testify in a court of law. I am not a party to the within action. My business address is 1592 Mesquite Drive, No. 207, Salinas, CA 93905.

*[stamp: 2008 MAY 30 P 3:31 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA, S.J.]*

On May 28, 2008, I forwarded the within document(s) entitled:    to the interested parties by the method specified below:

**X** MAIL: by placing a true copy of the above-referenced document(s) enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Salinas, California addressed as shown below:

___ HAND DELIVERY: by engaging a commercial courier, i.e., _____ to personally deliver the above-referenced sealed document(s) to the below-listed party(s).

___ OVERNIGHT DELIVERY: by placing a true copy of the above-referenced documents enclosed in a sealed envelope addressed to the below listed party(s).

**X** FACSIMILE TRANSMISSION: by transmitting a true copy of the above-referenced document to the facsimile telephone number(s) stated below.

Vincent P. Hurley, Esq.
Douglas F. Young, Esq.
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, CA 95003
Telephone: 831-661-4800
Facsimile : 831-661-4804

David W. Brown, Esq.
Attorney at Law
Suite 210
665 Munras Avenue
Monterey, CA 93940
Telephone: 831-649-8211
Facsimile: 831-649-2376

I DECLARE UNDER PENALTY OF PERJURY under the laws of the State of California that the above is true and correct.

Executed this 28th day of May at Salinas, California.

_____
CAMILLE BISHOP

| Certificate of Mailing | Leslie v. Sand City, etc., et al. / C 08 00179 JW |
| --- | --- |