UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:**   June 9, 2008  **Court Reporter:** Irene Rodriguez
**Case No.:** C-08-0179 JW  **Interpreter:** N/A
**Related Case No.:** N/A

TITLE

Amber Leslie v. City of Sand et al

**Attorney(s) for Plaintiff(s)**: No Appearance made by or on behalf of
**Attorney(s) for Defendant(s)**: David Brown (Frank Pires)

PROCEEDINGS

Defendant Frank Pires' Motion to Alter Judgment First Motion Dismiss

ORDER AFTER HEARING

Hearing Held.  No appearance made by or on behalf of the Plaintiff. Counsel for Defendant Frank Pires present. The Court took this matter under submission after oral argument.  The Court to issue further Order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: