Case: Leslie v. City of Sand City, et al.
Case No: C 08-00179 JW (RS)

# PROOF OF SERVICE

I, Gina Forese, declare as follows: I am employed in the County of Santa Cruz, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 38 Seascape Village, Aptos, California 95003.

On June 12, 2008, I served the following document:

**Answer by Defendant City of Sand City to First Amended Complaint**

on the interested parties to said action by the following means:

**X    (BY MAIL)** By placing a true copy of the above-referenced document(s) enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos, California, addressed as shown below.

____ **(BY HAND-DELIVERY)** By delivering a true copy thereof, enclosed in a sealed envelope, to the address(es) shown below.

____ **(BY OVERNIGHT DELIVERY)** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the Law Offices of Vincent P. Hurley, to be delivered by Federal Express, to the address(es) shown below.

____ **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 661-4804 to the interested parties to said action at the facsimile number(s) shown below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2008, at Aptos, California.

_____
Gina Forese

NAMES(S) AND ADDRESS OR FAX NUMBER(S) OF EACH PARTY SERVED:

Amber Leslie                                    *In Propria Persona*
1592 Mesquite Drive, #207
Salinas, CA 93905
Tel: (831) 772-9988