LAW OFFICES
OF
# VINCENT P. HURLEY
A PROFESSIONAL CORPORATION

38 SEASCAPE VILLAGE
APTOS, CALIFORNIA 95003

**FILED**

AUG 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Douglas F. Young
dyoung@hurleylaw.com

Telephone: (831) 661-4800
Facsimile: (831) 661-4804

August 8, 2008

The Honorable James Ware
United States District Court
Northern District of California
280 South First Street, 5th floor
San Jose, CA 95113

    Re:    *Leslie v. City of Sand City* et al.
            Case No. C 08-00179 JW (RS)

Your Honor:

    Following her attempt to explore the possibilities of alternative dispute resolution in this matter, Robin Siefkin, the ENE evaluator for the Federal Court, suggested that the parties might get directly in touch with you and ask for a referral to an early settlement conference before a magistrate judge in this matter.

    Although little has occurred in this case at this point, the same matter was previously pending in the Superior Court in Monterey County, and was literally on the eve of trial when Plaintiff dismissed her State Court claim and filed this matter in the Federal Court. As a result, virtually all of the discovery had been completed in the State Court, and the facts of the case are clear enough at this time that a settlement conference in my opinion would be useful.

    Plaintiff has indicated to me that she does not agree with this position, but I would nonetheless encourage the Court to help us explore this possibility.

    Thank you for you assistance.

                    Respectfully yours,

                    DOUGLAS F. YOUNG

DFY/cc

cc:    David W. Brown, Esq.
        Amber Leslie, *In Pro Per*

LAW OFFICES OF
**VINCENT P. HURLEY**
A PROFESSIONAL CORPORATION
38 SEASCAPE VILLAGE
APTOS, CALIFORNIA 95003

95113+3002

The Honorable James Ware
United States District Court
Northern District of California
280 South First Street, 5th Floor
San Jose, CA 95113



02 1P
0004595264   AUG 08 2008
MAILED FROM ZIP CODE 95003
$000.420
PITNEY BOWES