```
 1  Vincent P. Hurley #111215
    Susan M. Hunt-McArthur #235825
 2  LAW OFFICES OF VINCENT P. HURLEY
    A Professional Corporation
 3  38 Seascape Village
    Aptos, California 95003
 4  Telephone: (831) 661-4800
    Facsimile: (831) 661-4804
 5
    Attorneys for Defendant
 6  CITY OF SAND CITY

 7

 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10              SAN JOSE DIVISION
```

| | |
|---|---|
| AMBER LESLIE, | Case No. C 08-00179 JW (RS) |
| Plaintiff, | NOTICE OF CHANGE OF COUNSEL |
| vs. | |
| CITY OF SAND CITY, A Municipal Corporation; FRANK PIRES dba MARINA BEACH TOW, and DOES 1 through 10, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that attorney Douglas F. Young is no longer associated with the Law Offices of Vincent P. Hurley. Attorney Susan M. Hunt-McArthur of the Law Offices of Vincent P. Hurley hereby substitutes in as counsel of record.

Dated: August 13, 2008

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By: *Susan M. Hunt-McArthur*
SUSAN M. HUNT-McARTHUR
Attorneys for Defendant CITY OF SAND CITY