1  Vincent P. Hurley #111215
   Susan M. Hunt-McArthur #235825
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  CITY OF SAND CITY

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11

12  AMBER LESLIE,                        )   Case No. C 08-00179 JW (RS)
                                         )
13                Plaintiff,             )   PROOF OF SERVICE
                                         )
14       vs.                             )
                                         )
15  CITY OF SAND CITY, A Municipal       )
    Corporation; FRANK PIRES dba         )
16  MARINA BEACH TOW, and DOES 1         )
    through 10, inclusive,               )
17                                       )
                  Defendants.            )
18  _____)

1

Proof of Service                                              Case No. C 08-00179 JW (RS)

1      I, Gina Forese, declare as follows: I am employed in the County of Santa Cruz, State of
2  California. I am over the age of eighteen years and not a party to the within action. My business
3  address is 38 Seascape Village, Aptos, California 95003.
4      On August 13, 2008, I served the following documents:
5                       NOTICE OF CHANGE OF COUNSEL
6  on the interested parties to said action by the following means:
7     X  (BY MAIL) By placing a true copy of the above-referenced document(s) enclosed in
8  a sealed envelope with postage thereon fully prepaid, in the United States mail at Aptos,
9  California, addressed as shown below.
10      (BY HAND-DELIVERY) By delivering a true copy thereof, enclosed in a sealed
11 envelope, to the address(es) shown below.
12      (BY OVERNIGHT DELIVERY) By placing a true copy thereof, enclosed in a sealed
13 envelope, with delivery charges to be billed to the Law Offices of Vincent P. Hurley, to be
14 delivered by Federal Express, to the address(es) shown below.
15      (BY FACSIMILE TRANSMISSION) By transmitting a true copy thereof by
16 facsimile transmission from facsimile number (831) 661-4804 to the interested parties to
17 said action at the facsimile number(s) shown below.
18     I declare under penalty of perjury under the laws of the State of California that the
19 foregoing is true and correct.
20     Executed on August 13, 2008, at Aptos, California.

                                                                             Gina Forese

24 NAMES(S) AND ADDRESS OR FAX NUMBER(S) OF EACH PARTY SERVED:

25 Amber Leslie                             *In Forma Pauperis*
    1592 Mesquite Drive, #207
26 Salinas, CA 93905
    Tel: (831) 772-9988