IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amber Leslie, | NO. C 08-00179 JW |
| Plaintiff, | **ORDER DENYING DEFENDANT PIRES' MOTION TO DISMISS; SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| City of Sand City, et al., | |
| Defendants. | |

Amber Leslie ("Plaintiff") brings this action against City of Sand City and Frank Pires (collectively, "Defendants") alleging violations of her federal civil rights under the Fourth, Fifth, and Fourteenth Amendments pursuant to 42 U.S.C. § 1983. Plaintiff alleges, *inter alia*, that Defendants unlawfully seized her vehicle after knowingly misrepresenting the legal status of her vehicle.

Presently before the Court is Defendant Pires' Motion to Dismiss for Lack of Subject Matter Jurisdiction. (hereafter, "Motion," Docket Item No. 6.) Defendant Pires moves to dismiss on abstention grounds based on either the Colorado River or Younger doctrines. (Motion at 4, 5.) Defendant Pires contends the Court should abstain because there is a parallel state action and the parties have been litigating that action for nearly two years. (Id.)

The Court conducted a hearing on June 9, 2008. Counsel for Defendant Pires appeared to defend the motion. As of the date of the hearing, Plaintiff had failed to oppose the motion. Plaintiff also failed to appear for the hearing. At the hearing, counsel for Defendant Pires represented that

Plaintiff has dismissed the parallel state court action. In light of this representation, the Court DENIES Defendant Pires' motion to dismiss for lack of jurisdiction as moot.

The Court is in receipt of letters from the parties disputing whether an early settlement conference would be beneficial. (See Docket Item No. 37, 40.) The Court declines to address this issue since the parties have not yet appeared before the Court for a case management conference. Accordingly, the parties shall appear for an Initial Case Management on **October 6, 2008 at 10 a.m.** On or before **September 26, 2008**, the parties shall file a Joint Case Management Statement. The Statement shall set forth a good faith discovery plan, including a proposed date for the close of all discovery.

In addition, the Court takes this opportunity to clarify the posture of the pleadings in this case. On January 10, 2008, Plaintiff initiated this action. On May 23, 2008, Plaintiff filed a First Amended Complaint instead of an opposition to Defendant Pires' motion to dismiss. (See Docket Item No. 29.) Since Defendant Sand City had filed its Answer before Plaintiff filed her Amended Complaint, the First Amended Complaint is not operative against Defendant Sand City. (See Docket Item No. 24.) However, Plaintiff's First Amended Complaint is operative against Defendant Pires as it has not filed a responsive pleading to date.[1] However, in light of this Order and Plaintiff's *pro se* status, the Court accepts Plaintiff's First Amended Complaint as the operative Complaint for the purposes of advancing this case and judicial efficiency. Accordingly, both Defendants shall file their answers to the May 23, 2008 First Amended Complaint in accordance with the Federal Rules of Civil Procedure.

Dated: August 21, 2008

JAMES WARE
United States District Judge

---

[1] Where there are multiple defendants, and some defendants have filed an answer and some defendants have not, a plaintiff may amend the complaint as a matter of course as to the non-answering defendants only. See Williams v. Board of Regents, 477 F.3d 1282, 1291 (11th Cir. 2007); Barksdale v. King, 699 F.2d 744, 747 (5th Cir. 1983).

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David W. Brown davidwaynebrown@aol.com
Susan Marie Hunt-McArthur shunt-mcarthur@hurleylaw.com

Amber Leslie
1592 Mesquite Drive, No. 207
Salinas, CA 93905

**Dated: August 21, 2008**                               **Richard W. Wieking, Clerk**

                                                         **By:   /s/ JW Chambers
                                                                 Elizabeth Garcia
                                                                 Courtroom Deputy**