**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amber Leslie, | NO. C 08-00179 JW |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| City of Sand City, et al., | |
|     Defendants. | |

Pursuant to the Court's May 12, 2009 Order Granting Defendants' Motions for Summary Judgment; Dismissing Defendant Pires' Counterclaim With Prejudice, judgment is entered in favor of Defendants City of Sand City and Frank Pires, dba Marian Beach Tow, against Plaintiff Amber Leslie. Judgment is entered in favor of Counter-Defendant Amber Leslie against Counter-Claimant Frank Pires as to Frank Pires' counterclaim.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: May 12, 2009

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  David W. Brown davidwaynebrown@aol.com
   Kristina Parson kparson@hurleylaw.com
3  Vincent P. Hurley vphurley@hurleylaw.com

4
   Amber Leslie
5  1592 Mesquite Drive, No. 207
   Salinas, CA 93905
6

7  **Dated: May 12, 2009**                              **Richard W. Wieking, Clerk**

8
                                                        **By:   /s/ JW Chambers**
9                                                              **Elizabeth Garcia**
                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California